1   **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2

3   Name ___ARMSTRONG_____ANDREW_____E_____

4       (Last)        (First)        (Initial)

5   Prisoner Number ___H-44225_____

6   Institutional Address ___NORTH FACILITY/RA-251  P.O. BOX 705_____

7   _____CTF- SOLEDAD, CA 93960-0705_____

8   ==================================================================

9   **UNITED STATES DISTRICT COURT**
    **NORTHERN DISTRICT OF CALIFORNIA**

10  ANDREW E. ARMSTRONG_____

11  (Enter the full name of plaintiff in this action.)   CV ) **07**   **6377**

12           vs.          ) Case No. _____  **JF**
                       ) (To be provided by the clerk of court)

13  B. CURRY, WARDEN, N. GRANNIS_____ )
                       ) **COMPLAINT UNDER THE**

14  J.F. ABOYTES,  S.M. CARAVELLO____ ) **CIVIL RIGHTS ACT,**
                       ) **42 U.S.C §§ 1983**  **(PR)**

15  A. TUCKER,  G.A. ORTIZ,  J.R. HILL )

16  I. SOEKARDI,  J. BIGGS_____ )

17  (Enter the full name of the defendant(s) in this action) )

18  *[All questions on this complaint form must be answered in order for your action to proceed..]*

19  I.   Exhaustion of Administrative Remedies

20      [**Note:** You must exhaust your administrative remedies before your claim can go

21      forward. The court will dismiss any unexhausted claims.]

22      A.   Place of present confinement __CTF-SOLEDAD_____

23      B.   Is there a grievance procedure in this institution?

24            YES (X )   NO ( )

25      C.   Did you present the facts in your complaint for review through the grievance

26      procedure?

27            YES(X)   NO ( )

28      D.   If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT           - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal ___BYPASS_____

_____

2. First formal level___BYPASS_____

_____

3. Second formal level_CTF-07-00511  MARCH 22, 2007_____

                        DENIED_____

4. Third formal level ___CTF-07-00511  OCTOBER 23, 2007_____

                        DENIED_____

_____

    E.    Is the last level to which you appealed the highest level of appeal available to you?

        YES ( X)    NO ( )

    F.    If you did not present your claim for review through the grievance procedure, explain

why._____N/A_____

_____

_____

II.    Parties

    A.    Write your name and your present address. Do the same for additional plaintiffs, if any.

        ANDREW E. ARMSTRONG, P.O. BOX 705  RA-251, SOLEDAD, CA 93960

_____

_____

    B.    Write the full name of each defendant, his or her official position, and his or her place of

        employment.

(1) B. CURRY, WARDEN-SOLEDAD, (2) N. GRANNIS, CHIEF INMATE APPEALS-SAC.

(3) J.F. ABOYTES, APPEALS COORDINATOR-SOLEDAD, (4) S.M. CARAVELLO,

        SENIOR HEARING OFFICER-SOLEDAD,

COMPLAINT            - 2 -

(5) A. TUCKER, FACILITY CAPTAIN-SOLEDAD, (6) G.A. ORTIZ, ASSOCIATE

WARDEN-SOLEDAD, (7) J.R. HILL, CORRECTIONAL OFFICER-SOLEDAD,

(8) I. SOEKARDI, CORRECTIONAL SERGEANT-SOLEDAD, (9) J. BIGGS, CTF-STAFF

III.    Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

PLAINTIFF STATES THAT HIS DUE PROCESS* PROTECTIONS WERE VIOLATED BY

DEFENDANTS BECAUSE THE FINDING BY THE SENIOR HEARING OFFICER FAILED TO

PROVIDE SUFFICIENT EVIDENCE TO SUPPORT A CHARGE OF CONSPIRACY, BECAUSE

THERE IS NO EVIDENCE TO SHOW THAT PLAINTIFF HAD AN AGREEMENT TO

INTRODUCE TOBACCO INTO CTF WITH ANY CO-CONSPIRATOR OR ANYONE ELSE...

*14th AMENDMENT U.S. Const.

IV.    Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

1) TO DISMISS THE INSTANT RVR AND TO EXPUNGE ANY REFERENCE TO THE RVR

FROM PLAINTIFF'S CENTRAL FILE. 2) RESTORATION OF ALL RIGHTS AND

PRIVILEGES SUSPENDED TO PLAINTIFF. 3) BAR CTF FROM FURTHER PROSECUTION

OF PLAINTIFF BASED UPON THE DOUBLE JEOPARDY CLAUSE OF STATE AND FEDERAL

COMPLAINT                          - 3 -

LAW. 4) AN ADMISSION BY CTF STAFF THAT PLAINTIFF'S CIVIL RIGHTS WERE VIOLATED BY CTF STAFF'S MALICIOUS PROSECUTION. 5) COUNSEL CTF STAFF ON PROPER PROCEDURE AND LAWS REGARDING ALLEGATIONS OF CONSPIRACY CHARGES AGAINST PLAINTIFF. 6) COMPENSATORY DAMAGES ACCORDING TO PROOF OF NO LESS THAN $10,000.00 FOR EACH DEFENDANT FOUND LIABLE OF VIOLATING PLAINTIFF'S DUE PROCESS RIGHTS. 7) SPECIAL DAMAGES ACCORDING TO PROOF OF NO LESS THAN $25,000.00 FOR EACH DEFENDANT FOUND LIABLE OF VIOLATING PLAINTIFF'S DUE PROCESS RIGHTS. 8) COST OF SUIT, INCLUDING LEGAL FEES.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __10th__ day of __December__, 20__07__

Andrew E. Armstrong

(Plaintiff's signature)

COMPLAINT                                    - 4 -

December 10, 2007

Clerk of the United States District Court
Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102

**RE: Request to Proceed In Forma Pauperis In Case of <u>Andrew Armstrong v. B.
Curry, Warden et. al.</u>**

Dear Sir/Madam Clerk,

Enclosed, you shall find an Original of a Civil Complaint pursuant to
42 U.S.C. §§ 1983 (entitled "<u>Andrew E. Armstrong v. B. Curry et. al.</u>") for
your filing and processing. However, while relevant and applicable rules
require any prisoner/person desiring to proceed as an indigent
prisoner/party to file an In Forma Pauperis Application along with a
complaint. I am nonetheless precluded from personally and directly filing
herewith the requisite In Forma Pauperis Application due to the local
promulgated policy implemented by my current place of incarceration.

Particularly, the abovesaaid "policy" requires that I submit the In
forma Pauperis Application directly to the Inmate Trust Account Office
(here at my current place of incarceration) where then, staff therein will
process the application and thereafter, forward such application thereto
the appropriate court of which it is designated to go to. Being so, I am
now apprising you of the latter so as to inform you that providing that the
application does not arrive there to the court simultaneously with the
enclosed complaint, it is presumably enroute at this time and shall arrive
soon. Accordingly, I implore upon you to bear with any delays and
inconvenience this "process" may cause and to likewise, process my
complaint accordingly.

Thank you in advance for your consideration and understanding in this
matter. I shall confide that you will accommodate me as so requested.

Very Sincere,

ANDREW ARMSTRONG   H-44225
P.O. BOX 705    RA-251
SOLEDAD, CA 93960-0705

Andrew Armstrong, H-44225
P.O. Box 705 RA-251
Soledad, CA 93960-0705

RECEIVED

RICH.
CLERK, U
N. FT HERN

...ING
...CT COURT
...CALIFORNIA

Clerk of the United States District Court
Northern District of California
450 Golden Gate Avenue, Box 3606
San Francisco, CA 94102