FILED 07 DEC 28 AM 11:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED 07 DEC 18 PM 4:55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANDREW E. ARMSTRONG )
) CASE NO. C07-06377 JF
Plaintiff, )
) PRISONER'S
vs. ) APPLICATION TO PROCEED
) IN FORMA PAUPERIS
B. CURRY, Warden, et. al. )
)
Defendant. )

I, __ANDREW E. ARMSTRONG__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A_____ Net: _____

Employer: __N/A_____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____ - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____INCARCERATED_____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8       following sources:

9       a.   Business, Profession or                    Yes ___ No _X_
10           self employment
11      b.   Income from stocks, bonds,                 Yes ___ No _X_
12           or royalties?
13      c.   Rent payments?                             Yes ___ No _X_
14      d.   Pensions, annuities, or                    Yes ___ No _X_
15           life insurance payments?
16      e.   Federal or State welfare payments,         Yes ___ No _X_
17           Social Security or other govern-
18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____

23  3.   Are you married?                               Yes ___ No _X_
24  Spouse's Full Name: __N/A_____
25  Spouse's Place of Employment: __N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $__00_____ Net $____00_____
28  4.   a.   List amount you contribute to your spouse's support:$ __N/A_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____     - 2 -

1  b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5  N/A
6  _____

7  5.   Do you own or are you buying a home?        Yes ____ No _X_
8  Estimated Market Value: $ 00        Amount of Mortgage: $ 00
9  6.   Do you own an automobile?                   Yes ____ No _X_
10 Make ___N/A___  Year ___N/A___  Model ___N/A___
11 Is it financed? Yes ____ No _X_  If so, Total due: $ 00
12 Monthly Payment: $ 00
13 7.   Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: ___N/A___
15 _____
16 Present balance(s): $ ___N/A___
17 Do you own any cash? Yes ____ No _X_ Amount: $ 00
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No _X_
20 N/A

21 8.   What are your monthly expenses?
22 Rent: $ 00                            Utilities: 00
23 Food: $ 00                            Clothing: 00
24 Charge Accounts:

25 | Name of Account | Monthly Payment | Total Owed on This Acct. |
   | --- | --- | --- |
26 | N/A | $ 00 | $ 00 |
27 | _____ | $ _____ | $ _____ |
28 | _____ | $ _____ | $ _____ |

9. Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do **not** include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

   I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

   I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12/10/07                           _Andrew Armstrong_
DATE                               SIGNATURE OF APPLICANT

## PROOF OF SERVICE BY MAIL
### BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015,5)

I, __ANDREW E. ARMSTRONG_____, declare:
I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

```
ANDREW E. ARMSTRONG  , CDCR #: H-44225
CORRECTIONAL TRAINING FACILITY
P.O. BOX 705    CELL #: RA-251
SOLEDAD, CA  93960-0705.
```

On __DECEMBER 10, 2007_____, I served the attached:

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

```
Clerk of the United States District Court
Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102
```

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on __12/10/07_____.

*Andrew E. Armstrong*
Declarant

```
REPORT ID: TS3030  .701                        REPORT DATE: 12/14/07
                                               PAGE NO:        1

              CALIFORNIA DEPARTMENT OF CORRECTIONS
                  CTF SOLEDAD/TRUST ACCOUNTING
                  INMATE TRUST ACCOUNTING SYSTEM
                  INMATE TRUST ACCOUNT STATEMENT

         FOR THE PERIOD: JUL. 15, 2007 THRU DEC. 14, 2007

ACCOUNT NUMBER : H44225              BED/CELL NUMBER: NORAT2000000251L
ACCOUNT NAME   : ARMSTRONG, ANDREW EMIL     ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                        TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                       CURRENT HOLDS IN EFFECT

 DATE        HOLD
 PLACED      CODE    DESCRIPTION            COMMENT       HOLD AMOUNT
 ---------   ----    -----------------      ---------     -----------
 05/14/2003  H107    POSTAGE HOLD           3808 POST          3.13
 06/16/2004  H107    POSTAGE HOLD           4628 POST          4.24
 06/16/2004  H107    POSTAGE HOLD           4632 POST          3.34
 06/16/2004  H107    POSTAGE HOLD           4632 POST          4.86
 07/22/2004  H107    POSTAGE HOLD           0266 POST          4.49
 10/08/2004  H107    POSTAGE HOLD           1199 POST          4.91
 03/25/2005  H107    POSTAGE HOLD           3123 POST          3.13
 05/17/2005  H107    POSTAGE HOLD           3693 POST          3.85
 06/08/2005  H107    POSTAGE HOLD           3966 POST          7.37
 11/21/2006  H107    POSTAGE HOLD           1532 POST          4.06
 11/21/2006  H107    POSTAGE HOLD           1531 POST          2.79
 01/09/2007  H107    POSTAGE HOLD           1989 POST          4.06

                       TRUST ACCOUNT SUMMARY

 BEGINNING    TOTAL      TOTAL        CURRENT     HOLDS      TRANSACTIONS
 BALANCE      DEPOSITS   WITHDRAWALS  BALANCE     BALANCE    TO BE POSTED
 ---------    --------   -----------  -------     -------    ------------
    0.00       0.00        0.00         0.00       50.23        0.00


                                              CURRENT
                                              AVAILABLE
                                              BALANCE
                                              ---------
                                                50.23-
```

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 12-14-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY *Brenda Nation*
TRUST OFFICE
*Account Technician*

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  ANDREW ARMSTRONG H-44225  for the last six months at

CTF-SOLEDAD                           [prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ____0____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ ____0____.

Dated: 12-14-07

*Brenda Nation, Acct Technician*

[Authorized officer of the institution]

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST: 12-14-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY *Brenda Nation*
TRUST OFFICE
Account Technician

- 5 -

Andrew Armstrong H-44825
P.O. Box 705  RA-251
Soledad, CA 93960-0705



Clerk of the United States District
Northern District of California
450 Golden Gate Avenue, Box 3606
San Francisco, CA 94102

9410283432 C004