FILED
08 JAN 14 PM 2:03

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANDREW E. ARMSTRONG

        Plaintiff,

vs.

B. CURRY, Warden, et. al

        Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __ANDREW E. ARMSTRONG__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A_____ Net: _____

Employer: __N/A_____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____INCARCERATED_____
5  _____
6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9        a.     Business, Profession or                Yes ___  No _X_
10              self employment
11       b.     Income from stocks, bonds,             Yes ___  No _X_
12              or royalties?
13       c.     Rent payments?                         Yes ___  No _X_
14       d.     Pensions, annuities, or                Yes ___  No _X_
15              life insurance payments?
16       e.     Federal or State welfare payments,     Yes ___  No _X_
17              Social Security or other govern-
18              ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____

23  3.     Are you married?                            Yes ___  No _X_
24  Spouse's Full Name: __N/A_____
25  Spouse's Place of Employment: __N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_00_____ Net $_00_____
28  4.     a.     List amount you contribute to your spouse's support:$ ___N/A_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

1  b. List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  ____N/A____

6  _____

7  5. Do you own or are you buying a home?   Yes ____ No _X_
8  Estimated Market Value: $ _00_____   Amount of Mortgage: $ _00____
9  6. Do you own an automobile?   Yes ____ No _X_
10 Make ____N/A____ Year __N/A__ Model __N/A__
11 Is it financed? Yes ____ No _X_ If so, Total due: $ _00_
12 Monthly Payment: $ _00_
13 7. Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: __N/A__
15 _____
16 Present balance(s): $ __N/A__
17 Do you own any cash? Yes ____ No _X_ Amount: $ _00_
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes ____ No _X_
20 __N/A__
21 8. What are your monthly expenses?
22 Rent: $ _00_____   Utilities: _00_____
23 Food: $ _00_____   Clothing: _00_
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 ____N/A____   $ _00____   $ _00____
27 _____   $ ____   $ ____
28 _____   $ ____   $ ____

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12/28/07                          *Andrew E. Armstrong*
DATE                              SIGNATURE OF APPLICANT

FILED
08 JAN 14 PM 2:03

1

2                                              Case Number: CV 07 6377 JF

3

4

5

6

7

8                              **CERTIFICATE OF FUNDS**

9                                          **IN**

10                            **PRISONER'S ACCOUNT**

11

12      I certify that attached hereto is a true and correct copy of the prisoner's trust account

13  statement showing transactions of  ANDREW E. ARMSTRONG  H-44225  for the last six months

14      CTF-SOLEDAD                          [prisoner name]
                                             where (s)he is confined.
        [name of institution]
15      I further certify that the average deposits each month to this prisoner's account for the

16  most recent 6-month period were $ ____0____ and the average balance in the prisoner's

17  account each month for the most recent 6-month period was $____0____.

18

19  Dated: 1-10-08                         Brenda Nation, Acct Technician
20                                         [Authorized officer of the institution]

21

22

23  SOLEDAD, CA 93960
    ATTN: TRUST OFFICE                                 1-10-08
24                                                  BY Brenda Nation
25                                                     TRUST OFFICE
                                                       Account Technician
26

27

28

-5-

```
                                                                00001000
                                                     PAGE NO:       1
                   CALIFORNIA DEPARTMENT OF CORRECTIONS
                      CTF SOLEDAD/TRUST ACCOUNTING
                      INMATE TRUST ACCOUNTING SYSTEM
                      INMATE TRUST ACCOUNT STATEMENT


              FOR THE PERIOD: AUG. 11, 2007 THRU JAN. 10, 2008

ACCOUNT NUMBER : H44225              BED/CELL NUMBER: CFEWT1000000135U
ACCOUNT NAME   : ARMSTRONG, ANDREW EMIL   ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                           TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>



                        CURRENT HOLDS IN EFFECT
    DATE      HOLD
    PLACED    CODE      DESCRIPTION         COMMENT       HOLD AMOUNT

  05/14/2003  H107   POSTAGE HOLD          3808 POST           3.13
  06/16/2004  H107   POSTAGE HOLD          4628 POST           4.24
  06/16/2004  H107   POSTAGE HOLD          4632 POST           3.34
  06/16/2004  H107   POSTAGE HOLD          4632 POST           4.86
  07/22/2004  H107   POSTAGE HOLD          0266 POST           4.49
  10/08/2004  H107   POSTAGE HOLD          1199 POST           4.91
  03/25/2005  H107   POSTAGE HOLD          3123 POST           3.13
  05/17/2005  H107   POSTAGE HOLD          3693 POST           3.85
  06/08/2005  H107   POSTAGE HOLD          3966 POST           7.37
  11/21/2006  H107   POSTAGE HOLD          1532 POST           4.06
  11/21/2006  H107   POSTAGE HOLD          1531 POST           2.79
  01/09/2007  H107   POSTAGE HOLD          1989 POST           4.06

                          TRUST ACCOUNT SUMMARY

  BEGINNING    TOTAL       TOTAL       CURRENT    HOLDS     TRANSACTIONS
  BALANCE     DEPOSITS   WITHDRAWALS   BALANCE   BALANCE    TO BE POSTED

    0.00       0.00        0.00         0.00      50.23        0.00


                                                    CURRENT
                                                    AVAILABLE
                                                    BALANCE
                                                    ---------
                                                      50.23-
```

ATTN: TRUST OFFICE

1-10-08
BY Brenda [signature]
TRUST OFFICE
Account Technician

Andrew Armstrong #-44225
P.O. Box 705 RA-251
Soledad, CA 93960-0705

US District C
450 Golden Gate
P.O. Box 36060
San Francisco, CA

CONFIDENTIAL
LEGAL MAIL