NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW E. ARMSTRONG,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>B. CURRY, Warden, et al.,<br><br>　　　　Defendants. | No. C 07-6377 JF (PR)<br><br>ORDER OF DISMISSAL |

    Per order filed on May 13, 2008, the Court dismissed Plaintiff's pro se prisoner civil rights complaint with leave to amend within 30 days, and advised Plaintiff that failure to file a proper amended complaint within the designated time would result in the dismissal of this action. (Docket No. 6 at 3.)

    More than 30 days have elapsed. However, Plaintiff has not filed an amended complaint or sought an extension of time to do so. The action is DISMISSED.

    The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 6/30/08

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.07\Armstrong377_dismissal.wpd

1