**NOT FOR CITATION**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANDREW E. ARMSTRONG, | ) | No. C 07-6377 JF (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| B. CURRY, Warden, et al., | ) | |
| Defendants. | ) | |

For the reasons stated on the order of dismissal, this action is DISMISSED. Judgment is entered accordingly.

IT IS SO ORDERED.

DATED: 6/30/08

JEREMY FOGEL
United States District Judge

Judgment
P:\PRO-SE\SJ.JF\CR.07\Armstrong377_judgment.wpd     1