```
ANDREW E. ARMSTRONG   H-44225
P.O. BOX 689       E-135
Soledad, CA 93960-0689
```



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ANDREW E. ARMSTRONG,<br>       Plaintiff,<br><br>vs.<br><br>B. CURRY, Warden, et al,<br>       Defendants, | No. C 07-6377 JF (PR)<br>MOTION: To Re-Open case and<br>extension of 45 days<br>to answer complaint |

   Plaintiff, A California prisoner proceeding pro se, filed the instant civil rights action pursaunt to 42 U.S.C.§1983 against Correctional Training Facility Personnel. The Court dismiss the complaint with leave to amend within **thirty days,** to cure deficiencies.
Plaintiff was being assisted with this complaint by another inmate, Juan Haines K-23760. During this proceeding, that inmate has been transferred to San Quentin State Prison. Plaintiff filed with the institution here at Sloedad State Prison a Request For Correspondence to continue the assistance. While awaiting approval, Plaintiff has been communicating with assistance "Juan Haines" through a third party. Upon awaiting information pertaining to this complaint, Plaintiff received a denial for correspondence, "See Correspondence Denial #1". Plaintiff is now handling his complaint solely on his own. Plaintiff is aware of the order of dismissal. Due to the lock down situation here at Soledad State Prison,

"See Program Status Report #2". Plaintiff has been unable to use the legal law library due to program staus. After numerous request, Plaintiff was afforded access to the legal library, "See pass #3".

Plaintiff is asking the court to Re-Open this Complaint with a 45 days extension so that Plaintiff could answer to the complaint with leave to amend.

DATED: 7-21-08

ANDREW E. ARMSTRONG

STATE OF CALIFORNIA
# REQUEST FOR CORRESPONDENCE APPROVAL
CDC 1074 (8/87)

DEPARTMENT OF CORRECTIONS

FR:

TITLE:

INSTITUTION/PAROLE REGION:

ADDRESS:

TO:

TITLE:

INSTITUTION/PAROLE REGION:

ADDRESS:

**1. INMATE/PAROLEE REQUESTING TO CORRESPOND:** ARMSTRONG, A

CDC NUMBER: H-44215

CURRENT STATUS: ☒ INMATE  ☐ PAROLEE

KNOWN GANG AFFILIATION(S): NONE

**2. INMATE/PAROLEE UNDER YOUR JURISDICTION:** Haines, J

CDC NUMBER: K-23760

CURRENT STATUS: ☒ INMATE  ☐ PAROLEE

KNOWN GANG AFFILIATION(S): NONE

MISCELLANEOUS INFORMATION/COMMENTS:

MISCELLANEOUS INFORMATION/COMMENTS:

COUNSELOR/AGENT'S RECOMMENDATION:
☐ APPROVAL    ☐ DENIAL for the following
reason:

COUNSELOR/AGENT'S RECOMMENDATION:
☐ APPROVAL    ☒ DENIAL for the following
reason:

COUNSELOR/AGENT'S SIGNATURE:    DATE:

COUNSELOR/AGENT'S NAME (TYPED OR PRINTED):

COUNSELOR/AGENT'S SIGNATURE:    DATE: 01-09-08

COUNSELOR/AGENT'S NAME (TYPED OR PRINTED): L J Tuloya

SUPERVISING AUTHORITY'S DECISION:
☒ APPROVED    ☐ DENIED for the following
reason:

SUPERVISING AUTHORITY'S DECISION:
☐ APPROVED    ☒ DENIED for the following
reason:

SIGNATURE:    DATE:
TITLE:

SIGNATURE:    DATE:
TITLE:

INSTRUCTIONS:
If request is denied, note reason and notify inmate/parolee #1

If request is approved by requesting facility, retain pending copy and forward request to inmate/parolee #2's supervising authority.

INSTRUCTIONS:
Receiving facility to retain last two copies (1 for inmate/parolee, 1 for inmate/parolee's file and return remainder to requesting facility.

DISTRIBUTION (After processing):
Original — Inmate/Parolee #1's File
copy — Inmate/Parolee #1
copy — Inmate/Parolee #2's File
copy — Inmate/Parolee #2
copy — Retained by requesting facility until process completed.

STATE OF CALIFORNIA
CDCR 3022-B (REV. 07/07)

#2

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

*Describe only this reporting periods specific Plan of Operation*

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER |
|---|---|---|
| Correctional Training Facility Soledad | JUNE 19, 2008 | CTF-Central-08-005 |

- [ ] NORMAL PROGRAM
- [x] MODIFIED PROGRAM
- [ ] LOCKDOWN
- [ ] STATE OF EMERGENCY
- [ ] INITIAL
- [x] UPDATE
- [ ] CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- [ ] INSTITUTION: ____
- [x] FACILITY: CTF CENT. MAIN LINE
- [ ] HOUSING UNIT: ____
- [ ] VOCATION: ____
- [ ] EDUCATION: ____
- [ ] OTHER: ____

**INMATES AFFECTED**
- [x] ALL EXCEPT EAST DORM
- [ ] BLACK
- [ ] WHITE
- [ ] HISPANIC
- [ ] OTHER

**REASON**
- [ ] BATTERY
- [ ] DEATH
- [ ] RIOT / DISTURBANCE
- [ ] GROUPING
- [x] OTHER    Escape

**MOVEMENT**
- [ ] NORMAL
- [x] ESCORT ALL MOVEMENT
- [ ] UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- [ ] CONTROLLED MOVEMENT
- [x] OTHER: VISUAL ESCORTS OF INMATES IN THE CORRIDORS

**WORKERS**
- [ ] NORMAL
- [x] CRITICAL WORKERS ONLY
- [ ] CULINARY
- [ ] CLERKS
- [x] CULINARY BOX LUNCH CREW, COOKS, KITCHEN WORKERS
- [ ] CANTEEN
- [ ] CLOTHING ROOM
- [ ] RESTRICTED WORK PROGRAM
- [ ] PORTERS
- [x] INMATES MAY ASSIST IN CELL FEEDING PROCESS, NO MORE THAN 12 INMATES

**DAYROOM**
- [ ] NORMAL
- [x] NO DAYROOM ACTIVITIES
- [ ] MODIFIED: ____

**RECREATION**
- [ ] NORMAL
- [x] NO RECREATIONAL ACTIVITIES
- [ ] MODIFIED: ____

**FEEDING**
- [ ] NORMAL
- [x] CELL FEEDING
- [ ] CONTROLLED FEEDING IN DINING ROOM
  - [ ] HOUSING UNIT/DORM AT A TIME
  - [ ] DORM POD AT A TIME
  - [ ] TIER AT A TIME
  - [ ] HOUSING UNIT SECTION AT A TIME
- [x] SACK MEAL BREAKFAST
- [ ] SACK MEAL LUNCH
- [ ] SACK MEAL DINNER

**SHOWERS**
- [ ] NORMAL
- [ ] ESCORTED
- [ ] ONE INMATE PER SHOWER – OWN TIER
- [ ] CELL PARTNERS TOGETHER – OWN TIER
- [ ] DORM SHOWERING BY GROUP
- [ ] CRITICAL WORKERS ONLY
- [x] NO SHOWERS

**CANTEEN**
- [ ] NORMAL
- [x] NO CANTEEN
- [ ] MODIFIED: ____

**PACKAGES**
- [ ] NORMAL
- [x] NO PACKAGES
- [ ] MODIFIED: ____

**DUCATS**
- [ ] NORMAL
- [x] MEDICAL DUCATS ONLY
- [ ] CLASSIFICATION DUCATS
- [ ] PRIORITY DUCATS ONLY

**MEDICAL**
- [ ] NORMAL MEDICAL PROGRAM
- [ ] PRIORITY DUCATS ONLY
- [x] MED. PERS. CONDUCT ROUNDS IN UNITS
- [ ] INMATES ESCORTED TO SICK CALL
- [ ] EMERGENCY MEDICAL ONLY
- [x] OTHER: MEDS DELIVERED TO UNITS

**PHONE CALLS**
- [ ] NORMAL
- [x] NO PHONE CALLS
- [ ] MODIFIED: ____

**VISITING**
- [ ] NORMAL VISITING
- [ ] NON-CONTACT ONLY
- [ ] NO VISITING
- [x] OTHER: Family Visiting Only

**LEGAL LIBRARY**
- [ ] NORMAL
- [x] APPROVED COURT DEADLINES

**RELIGIOUS SERVICES**
- [ ] NORMAL
- [ ] NO RELIGIOUS SERVICES
- [x] MODIFIED: OFFERED @ CELL FRONT

**REMARKS:**

On June 18, 2008, an inmate at CTF-Central escaped from his assigned cell. As a result of this incident all inmates housed at CTF-Central Facility are on modified program (Note: East Dorm is excluded from this program modification). All Inmates will be cell fed, Inmates may assist in the cell feeding process of their assigned wings, no more than twelve inmates will be allowed out at a time. Paper trays are authorized. Inmates going to Medical Appointments, Dental Appointments and BPH will be given an unclothed body search prior to exiting their cell, and will be visually escorted to their destinations. There will be no deviation from this Program Status Report without authorization from the Correctional Captain. Questions or concerns regarding this program modification should be addressed to the Watch Commanders on 2nd or 3rd watch.

State of Emergency only: Postponement of nonessential administrative decisions, actions and the normal time requirements:
- [ ] Approved
- [ ] Disapproved

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| R.N. Spencer Lieutenant | June 19, 2008 | Ben Curry, Warden | |

#3

**INMATE LEGAL DEADLINE**
CENTRAL LIBRARY PASS

This pass is issued to the below named inmate by the Central Facility Librarian because of a **LEGAL DEADLINE** in the Central Library, when your wing is scheduled for library, and durring 1st/Watch status when *"legal deadlines only"* is announced

Inmate:       **ARMSTRONG**

CDCR#:       **H44225**

Cell#:          **EW-135U**

Pass Expires: **8/15/2008**

Extension:

D

*Timothy S. Crawford*

Timothy S. Crawford, Senior Librarian
CTF - Central Facility

Andrew Armstrong H-44225
P.O. Box 689 E-135
Soledad, CA 93960-0689

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
P.O. Box 36060
San Francisco, CA 94102-9680

02 1M
0004253462    $ 00.59⁰
MAILED FROM ZIPCODE 93960   JUL 22 2008
UNITED STATES POSTAGE / PITNEY BOWES



STATE PRISON
CORRECTIONAL
TRAINING FACILITY